IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD PITTMAN,
By and through his Guardian and
Next Friend,
ROBIN M. HAMILTON,

**Plaintiff,**

v.

COUNTY OF MADISON, STATE
OF ILLINOIS,  et al.,

**Defendants.**                                                                No. 08-0890-DRH

---

REGINALD PITTMAN,
By and through his Guardian and
Next Friend,
ROBIN M. HAMILTON,

**Plaintiff,**

v.

JEFFREY HARTOSE,
and LIEUTENANT RENEE
STEPHENSON,

**Defendants**.                                                                 No. 09-1034-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's motion to consolidate and amendment to motion for leave to file third amended complaint (Doc. 40).

Specifically, Plaintiff moves to consolidate this case with the recently filed ***Pittman v. Hartose*, 09-1034-DRH**.  Plaintiff asserts that Defendants do not object to this motion.  On December 23, 2009, Plaintiff, filed a Third Amended Complaint in cause 08-0890-DRH adding claims against Jeffrey Hartsoe and Lieutenant Renee Stephenson, the only named Defendants in 09-1034-DRH.  A review of the Third Amended Complaint in 08-890-DRH and the Complaint in 09-1034-DRH, reveals that the claims against Hartsoe and Stephenson are the same.  Clearly, consolidation is warranted.  Thus, the Court **GRANTS** the motion.  The Court **CONSOLIDATES** cause numbers 08-890 and 09-1034.  All further pleadings shall be filed in 08-0890-DRH.

    **IT IS SO ORDERED.**

Signed this 29th day of December, 2009.

/s/  *David R Herndon*
**Chief Judge**
**United States District Court**