IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGINALD PITTMAN,
By and through his Guardian and
Next Friend,
ROBIN M. HAMILTON,

**Plaintiff,**

v.

COUNTY OF MADISON, STATE
OF ILLINOIS, et al.,

**Defendants.**                                    No. 08-CV-0890-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on defendants' motion for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 27, 2011, judgment is entered in favor of the defendants, **COUNTY OF MADISON, STATE OF ILLINOIS, JOSEPH GULASH, ROBERT HERTZ, RANDY EATON, JOHN DOES 1-10, JOHN DOE 1-5, BARBARA J. UNFRIED, MATT WERNER, DR. ROBERT BLANKENSHIP, JEFFREY HARTSOE, and LT. RENEE STEPHENSON,** and against the plaintiff, **REGINALD PITTMAN, By and through his Guardian and Next Friend, ROBIN M. HAMILTON.**

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:       /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: September 27, 2011

Digitally signed by David R. Herndon
Date: 2011.09.27 09:55:55 -05'00'

**APPROVED:**
   CHIEF JUDGE
   U. S. DISTRICT COURT