IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD PITTMAN, *by and through his guardian and next friend, Robin M. Hamilton,*<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MADISON, STATE OF ILLINOIS<br><br>    Defendant. | Case No. 3:08-cv-890-SMY-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Appoint Guardian by State Court (Doc. 138) and the Motion to Amend Complaint by interlineation (Doc. 139) filed by Plaintiff, Reginald Pittman, on October 1, 2014. No objections having been filed, the Motions are **GRANTED**.

Plaintiff seeks to acquire leave of the probate court for Madison County, Illinois to approve an additional guardian for Plaintiff, who is an incompetent person pursuant to Federal Rule of Civil Procedure 17. Plaintiff will then, presumably, add the proposed guardian, First Financial Bank, NA, of Terre Haute, Indiana, as a co-guardian in this matter. Plaintiff also seeks leave to file an amended complaint that would reflect a new prayer for damages. Plaintiff shall file his amended complaint by November 17, 2014.

On October 30, 2014, this Court held a discovery dispute conference where Plaintiff was granted leave to propound one interrogatory, with respect to policies and procedures that were modified in reaction to suicides or risks of suicide, in order to rebut testimony that Defendants were not aware of such risks at the jail. Plaintiff has submitted the special interrogatory, to wit:

1. Please state what, if any, policies, procedures and or practices that any of you instituted in the five years preceding the occurrence which is the subject of suit relating to suicide prevention or in response to any suicide attempts and/or successful suicides that may have occurred at the Madison County Jail.  Please be specific as to each such policy, procedure or practice change, and/or as to each response made by the Madison County Jail in response to suicide attempts and/or successful suicides.  Please include the following in your response:

    a. If the changes were expressed in writing, please produce a copy of such writing.

    b. If the changes were not in writing, please state fully any practice or method changes that were instituted and specifically state the method and manner used to communicate such change(s) to Madison County Jail personnel;

    c. If the change(s) were expressed by amendment to an existing policy or procedure or other writing, please produce a copy of such policy, procedure or other writing as it existed both before and after the change/amendment.

    d. If the change was expressed by way of a bulletin or general communication, please produce a copy of same.

    e. Please identify the date of any such change, and if it was in response to an incident, please describe the incident fully.

The special interrogatory is hereby **APPROVED**.  Plaintiff shall serve the request by November 14, 2014.  Defendant shall have 15 days from service to respond.

**IT IS SO ORDERED.**

**DATED: November 12, 2014**

    **DONALD G. WILKERSON**
    **United States Magistrate Judge**