IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| REGINALD PITTMAN By and through his Guardian and Next Friend, ROBIN M. HAMILTON, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 3:08-CV-890-SMY-DGW |
| COUNTY OF MADISON, et al. | ) ) ) | |
| Defendants. | | |

## STIPULATION

The plaintiff and defendants hereby stipulate that the testimony of any witness who testified at the previous trial of this case may be presented by reading the trial testimony of the witness to the jury without further foundation or authentication.

_____
ROSS T. ANDERSON
412 Missouri Avenue
East St. Louis, IL 62201
(618) 274-0434; FAX: (618) 274-8369
ATTORNEY FOR PLAINTIFF

_____
JOHN L. GILBERT
SANDBERG, PHOENIX & von GONTARD, P.C.
600 Washington Ave., 15th Floor
St. Louis, MO 63101
ATTORNEY FOR DEFENDANTS