IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD PITTMAN, by and through his Guardian and Next Friend, ROBIN M. HAMILTON,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF MADISON, et al.,<br><br>          Defendants. | Cause No. 3:08-cv-890-SMY-DGW |

## VERDICT FORM B

We, the Jury find for all of the Defendants and against the Plaintiff Reginald Pittman