THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILINOIS

| | |
|---|---|
| REGINALD PITTMAN, by and through his Guardian and next Friend, Robin M. Hamilton and Co-Guardian, First Financial Bank of Terra Haute vs. COUNTY OF MADISON, et al. | ) ) ) ) ) ) ) ) ) ) Cause no. 08-cv-0890 |

## MOTION IN LIMINE

Comes now the plaintiff and moves that this court bar the testimony of Maynard Hill and further exclude any and all testimony concerning specific acts of violence performed by Reginald Pittman at any time and in support thereof states that the same is irrelevant and such same, if incorporated into the diagnosis of any physician, nurse or expert can be referred to as "impulsive acta" or "conduct issues" which would support the diagnosis of impulsivity in Reginald Pittman without prejudicing Reginald Pittman. The testimony of Maynard Hill about specific conduct of Reginald Pittman is being adduced simply to unfairly prejudice the jury against Reginald Pittman by introducing specific descriptions of violent conduct that have no bearing on this case and that are simply testimony of prior bad acts designed to inflame the jury against Reginald Pittman.

WHEREFORE, the plaintiff prays that this court enter an order barring the testimony of Maynard Hill and further excluding any and all testimony concerning specific acts of violence performed by Reginald Pittman at any time.

 __s/ Ross T. Anderson_____
 Ross T. Anderson #3121524
 5910 Saddlehorn Ct.
 St. Charles, MO 63304
 636-866-1681
 randerson@legal-matters.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2022, I electronically filed the attached document with theClerk of the Court using the CM/ECF system which will send notification of such filling to all counsel of record.

                                          /s/ Ross T. Anderson